IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2022 MAY 25 P 4: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:22-cv-320-RAH-JTA |
| ) | |
| A 2021 DODGE CHALLENGER ) | |
| VIN: 2C3CDZFJXMH571216, ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, and ) | |
| ) | |
| $6,910.00 in UNITED STATES ) | |
| CURRENCY ) | |
| ) | |
| Defendants. ) | |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff, the United States of America (hereinafter, "United States") by and through Sandra J. Stewart, United States Attorney for the Middle District of Alabama, and Eric M. Counts, Assistant United States Attorney, brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is a civil action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), for forfeiture of a 2021 Dodge Challenger, VIN: 2C3CDZFJXMH571216, with all appurtenances and attachments thereon seized from Travis Michael Williams on December 8, 2021, at 3415 County Road 13, Clanton, Alabama, and $6,910.00 in United States currency seized from Erin Ashley Lucus on December 4, 2021, at 2896 County Road 495, Clanton, Alabama for violations of 21 U.S.C. §§ 841(a)(1) (drug distribution).

## THE DEFENDANTS *IN REM*

2.     The defendants consist of a 2021 Dodge Challenger, VIN: 2C3CDZFJXMH571216, with all appurtenances and attachments thereon seized from Travis Michael Williams on December 8, 2021, at 3415 County Road 13, Clanton, Alabama, and $6,910.00 in United States currency seized from Erin Ashley Lucus on December 4, 2021, at 2896 County Road 495, Clanton, Alabama. The defendants are currently in the possession of the United States Marshals Service.

## JURISDICTION AND VENUE

3.     The United States brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

4.     This Court has *in rem* jurisdiction over the defendant under 28 U.S.C. § 1355(b) because the acts or omissions giving rise to the forfeiture occurred in this district. Upon the filing of this complaint, the plaintiff requests that the Clerk of Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i), which the plaintiff will execute upon the defendants pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395 because the acts or omissions giving rise to the forfeiture occurred in this district and the property is located in this district.

6. The defendants, as described above, are now, and during the pendency of this action will be, in the jurisdiction of this Court and are located in the Middle District of Alabama.

## BASIS FOR FORFEITURE

7. The defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), which provide for the seizure and forfeiture of all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical; all proceeds traceable to such an exchange; all moneys, negotiable instruments, and securities used or intended to be used to facilitate the commission of the offenses; and any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 21 U.S.C. § 841.

## FACTS

8. The facts and circumstances supporting the seizure of the defendants are as follows:

a. On December 04, 2021, City of Clanton patrol units received a call for service at the Best Western Hotel located at 801 Bradberry Lane in Clanton, Alabama. The hotel manager stated that Travis Michael Williams ("Williams") was refusing to leave the hotel or check out. The manager stated that the hotel was having issues with Williams having multiple people coming and going from the room.

b. Clanton Patrol Officer Jordan Denny responded to the call and spoke with Williams. Officer Denny observed Williams pick up a large amount of U.S. Currency contained in a black binder clip and place the currency in his front pocket. Officer Denny was aware of an ongoing investigation by the Chilton County Narcotics Unit regarding Williams and notified Chilton County Narcotics Investigator Stephen Brock via telephone to advise him of the incident.

3

Investigator Brock advised Officer Denny to stand by and that investigators were enroute to the hotel.

   c. Meanwhile, Officer Denny allowed Williams and Erin Ashley Lucas ("Lucus"), who was with Williams, to gather their belongings and place them into Williams's blue 2021 Dodge Challenger ("defendant vehicle") that was parked outside. After Williams and Lucas placed the items in the defendant vehicle, they got into the car and exited the hotel parking lot at a very high rate of speed. Williams and Lucas were not free to leave at that time and officers began pursuit. Williams was driving the defendant vehicle.

   d. Williams traveled to a residence located at 2896 County Road 495, Clanton, Alabama, where he exited the defendant vehicle and ran from officers on foot. Lucas remained in the defendant vehicle until officers removed her and took her in custody.

   e. Officers began a foot pursuit of Williams. While the pursuit was taking place, Investigator Brock arrived at the scene where Lucas was being held. Investigator Brock notified Drug Enforcement Administration ("DEA") Task Force Officer ("TFO") Joe Hicks to respond with a K-9. When TFO Hicks arrived, his K-9 conducted a free air sniff of the defendant vehicle, where the K-9 gave a positive alert. Investigator Brock and the officers then searched the defendant vehicle where they located a clear plastic bag containing eight grams of methamphetamine, and a clear plastic bag containing one gram of heroin in the trunk area of the defendant vehicle. Continuing the search, Investigator Brock found $6,910.00 in United States currency ("defendant currency") in the passenger seat of the defendant vehicle. Additionally, other contraband was found, including needles, digital scales and plastic bags with residue.

   f. Lucas was transferred to the Chilton County Jail where she was booked on charges of possession with intent to distribute methamphetamine and possession of controlled

4

substance, heroin. Lucas admitted to ownership of the defendant currency and to criminal activity associated with the defendant currency. The defendant currency was seized by Investigator Brock as proceeds of drug activities.

  g. After Williams was taken into custody, he informed officers that he had ingested a bag of heroin during the pursuit. Williams was transported to St. Vincent's Hospital in Clanton, Alabama, where he was treated and released by the hospital. Williams was then taken to the Chilton County Jail where he was booked on charges of possession with intent to distribute methamphetamine and possession of controlled substance, heroin.

  h. Both Williams and Lucas were released from the Chilton County Jail on December 6, 2021.

  i. On December 8, 2021, Chilton County Sheriff's Office responded to 3415 County Road 13, Clanton, Alabama to arrest Williams on an outstanding warrant for failure to appear for a State of Alabama charge of Trafficking Illegal Drugs. When investigators arrived, the defendant vehicle was in the yard of the residence. Williams was located inside the residence and was arrested on the outstanding warrant.

  j. The defendant vehicle was seized by Investigator Brock as property used to facilitate drug activity and property which constitutes or is derived from proceeds traceable to drug activity. The defendant vehicle was towed to the Chilton County Sheriff's Office.

  k. On December 9, 2021, a state search warrant was executed on the defendant vehicle. Inside, officials located three Western Union receipts for $2,750.00 each to Carrie Angela Ornelas and Sara Ornelas Ponce in Georgia and two cellular devices believed to be used by Williams.

  l. On December 10, 2021, Investigator Brock and DEA TFO Todd Mims met

with Williams at the Chilton County Jail to conduct an interview. Williams was advised of his *Miranda* rights and agreed to speak with agents.

  m. Williams stated that he began selling methamphetamine in "large" quantities approximately one and a half years prior to the interview. Williams stated that he purchased between one kilogram and five kilograms of methamphetamine per week from the same criminal organization in the Atlanta, Georgia area during that time frame, and that he resold the methamphetamine in the central Alabama area for profit. Williams further stated that he purchased one ounce to one quarter pound of heroin per week during the same time frame.

  n. Additionally, Williams stated that he had approximately $10,000.00 in U.S. currency in an account at the APCO Employees' Credit Union, and an unknown amount of U.S. currency that is hidden by a third party. Williams stated that the hidden U.S. currency was likely between $20,000.00 and $30,000.00. Williams further stated that he used proceeds from selling illegal drugs to purchase an Acura TL and paid $20,000.00 down on the defendant vehicle. Williams also stated during the interview that he would not have the means to save any legally obtained money if not for the profits from selling illegal drugs during the last one to two years.

  o. On January 6, 2022, Circuit Judge Sibley Reynolds issued an order turning over the defendants to the DEA for pursuit of federal forfeiture proceedings.

## **CLAIM FOR RELIEF**

WHEREFORE, the United States prays that the defendants be condemned and forfeited to the United States as property used to facilitate drug activity and property which constitutes or is derived from proceeds traceable to drug activity, that the United States be awarded its costs and disbursements in this action, and for such other and further relief as the Court deems proper and just.

Respectfully submitted this \_\_25\_\_ day of May, 2022.

SANDRA J. STEWART  
UNITED STATES ATTORNEY

*/s/ Eric M. Counts*  
ERIC M. COUNTS  
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney  
Middle District of Alabama  
131 Clayton Street (36104)  
Post Office Box 197  
Montgomery, Alabama 36101-0197  
Telephone: (334) 223-7280  
Facsimile: (334) 223-7106  
E-mail: Eric.Counts@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA )
COUNTY OF MONTGOMERY )

## VERIFICATION

I, Evan M. Skeldon, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration, that I have read the Verified Complaint for Forfeiture *in Rem* and know the contents thereof, and that the matters contained therein are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and, as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct this 25 day of May, 2022.

_____
Special Agent, Evan M. Skeldon
Drug Enforcement Administration

Sworn to and subscribed before me this 25 day of May, 2022.

_____
Notary Public
Commission Expires: My Commission Expires March 2, 2024

8

TORI A JONES
Notary Public
Alabama State at Large